**Order entered August 21, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00836-CV

**WELLOGIX, INC., Appellant**

**V.**

**CAPITAL SOUTHWEST CORP., ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-03445**

## ORDER

We **GRANT** appellees' August 19, 2015 unopposed motion for an extension of time to file a brief. Appellees shall file a brief by **SEPTEMBER 14, 2015**. We caution appellees that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE